**Order issued:** October 4 , 2012



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-11-01486-CV

### EDITH GRUBAUGH, Appellant

### V.

### JOSE ALMANZA GOMEZ, ET AL., Appellees

**On Appeal from the 68th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 09-07002**

## ORDER

Before the Court is appellant's third motion for an extension of time to file a brief. Appellant requests a sixty-two day extension of time to file a brief. We **DENY** appellant's motion. Appellant shall file a brief within fifteen days of the date of this order. If appellant fails to file a brief within fifteen days, the Court will dismiss the appeal for want of prosecution without further notice. *See* TEX. R. APP. P. 38.8(a)(1).

_____
CAROLYN WRIGHT
CHIEF JUSTICE